sawed-off shotgun   *  *  *   which in itself is a crime, although he was never charged with that particular crime   *  *  *   went into a store and severely, seriously threatened the life of one person at least by confronting him immediately with this shotgun and terrorizing others, *  *  *. I am, however, going to give a lesser sentence than ordinarily would for a crime of this viciousness, because and only because of defendant's previous record."

The sentence herein should not be further reduced from judicial clemency, 15 I.L.P. Criminal Law, Sec. 848.5, Note 68.20.

I would further note that in *People v. Leggett* (1971), 2 Ill.App.3d 962, 275 N.E.2d 651, Armed Robbery (same trial judge) this court refused to reduce 9 to 12 and 8 to 12 sentences of first offenders.

CARROLL L. HAYES, Plaintiff-Appellee, *v.* WILLIAM B. HAYES, Defendant-Appellant.

(No. 11538;

Fourth District—September 20, 1972.

Opinion by Mr. JUSTICE CRAVEN.

Summers, Watson and Kimpel, of Champaign, (Robert C. Summers, of counsel,) for appellant.

Hatch, Corazza, Baker & Jensen, of Champaign, (Harold A. Baker, of counsel,) for appellee.